UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIKE AARLIE,<br><br>            Plaintiff,<br><br>    vs.<br><br>KIM EATON, et al.,<br><br>            Defendants. | NO.  CV-06-3028-CI<br><br>REPORT AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

    By Order filed June 29, 2006, the court directed Mr. Aarlie to complete and file an *in forma pauperis* application or to pay the $250.00 filing fee for this action.  Plaintiff did not comply.  Accordingly, **IT IS RECOMMENDED** this action be **DISMISSED without prejudice** fore failure to comply with the filing fee requirements of 28 U.S.C. § 1915.

**OBJECTIONS**

    Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof.  Such party shall file with the District Court Executive all written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

REPORT AND RECOMMENDATION -- 1

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The district judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.  See 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73, and LMR 4, Local Rules for the Eastern District of Washington.  A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

**IT IS SO RECOMMENDED.**  The District Court Executive is directed to enter this Report and Recommendation and forward a copy to Plaintiff at his last known address.

DATED August 15, 2006.

                          S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION -- 2