UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIKE AARLIE,<br><br>          Plaintiff,<br><br>   vs.<br><br>KIM EATON, et al.,<br><br>          Defendants. | NO.  CV-06-3028-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

On August 15, 2006, Magistrate Judge Imbrogno recommended dismissal of this action without prejudice as Plaintiff had failed to comply with the filing fee requirements of 28 U.S.C. § 1915.  There being no objections, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 10) is **ADOPTED in its entirety** and this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff, enter judgment and close the file.

**DATED** this   2nd   day of September 2006.


                              s/ Edward F. Shea
                                EDWARD F. SHEA
                          UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\06cv3028ci-9-27-DIS.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1